IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Plaintiff,                      No. CIV S-04-0055 LKK GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 11, 2004, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On September 9, 2004 and October 4, 2004, plaintiff was granted an additional thirty days in which to file his objections. And on December 8, 2004, plaintiff was granted an additional twenty days in which to file his objections. Plaintiff has filed objections to the findings and recommendations.

/////

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2004, are adopted in full; and

2. Defendants Runnels, Colon and Wagner are dismissed.

DATED: May 19, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/brow0055.805