| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | JAMES M. HUMES<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | JAMES E. FLYNN<br>Supervising Deputy Attorney General |
| 5 | MARIA G. CHAN, State Bar No. 192130<br>Deputy Attorney General |
| 6 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550<br>  Telephone:  (916) 323-1940 |
| 8 |   Fax:  (916) 324-5205 |
| 9 | Attorneys for Defendants Rose<br>SF2004401281 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GREGORY L. BROWN,** | | NO. CIV S-04-0055 LKK GGH-P |
| | Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | | |
| **D.L. RUNNELS, et al. ,** | | |
| | Defendants. | |

    Defendants' first request for an extension of time to served Plaintiff's with Defendant's response to the First Request for Admissions and Second Request for Production of Documents was considered by the Court, and good cause appearing, Defendant's request is granted.

    IT IS HEREBY ORDERED that Defendant shall have until September 1, 2005 to serve Plaintiff with responses to the discovery requests..

DATED: 8/30/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

br55.eot.wpd

[Proposed] Order Granting Defendant's First Request for EOT

1