1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1940
8    Fax: (916) 324-5205

9  Attorneys for Defendant Rose
   SF2004401281
10

           IN THE UNITED STATES DISTRICT COURT
11
           FOR THE EASTERN DISTRICT OF CALIFORNIA
12
                   SACRAMENTO DIVISION
13

14  | GREGORY L. BROWN, | NO. CIV S-04-0055 LKK GGH-P |
    |---|---|
    | Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
    | v. | |
    | D.L. RUNNELS, et al., | |
    | Defendants. | |

20   Defendant's first request for an extension of time to file an opposition to Plaintiff's

21  motion for partial summary judgment and to file Defendant's motion for summary judgment was

22  considered by the Court, and good cause appearing, Defendant's request is granted.

23       IT IS HEREBY ORDERED that Defendant shall have until November 19, 2005 to file

24  the opposition to Plaintiff's motion for partial summary judgement and to file Defendant's

25  motion for summary judgment.

26  DATED: 11/18/05           /s/ Gregory G. Hollows

27                            _____
                              GREGORY G. HOLLOWS
                              United States Magistrate Judge
28

br55.eot(2)

*[Proposed] Order Granting Defendant's First Request for EOT*

1