IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Plaintiff,                    No. CIV S-04-0055 LKK GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendant's November 21, 2005 cross motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 7, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendant's November 21, 2005 cross motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 12/21/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp; brow0055.36