BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-1940
  Fax:  (916) 324-5205

Attorneys for Defendant Rose
SF2004401281

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY L. BROWN,** | NO. 2:04-CV-0055 LKK GGH-P |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER FILED JUNE 7, 2005** |
| v. | |
| **D.L. RUNNELS, et al. ,** | |
| Defendants. | |

    Defendant's request for an order vacating the June 7, 2005 Court Scheduling Order was considered by the Court, and good cause appearing, Defendant's request is granted.

    IT IS HEREBY ORDERED that the Scheduling Order is vacated and the dates will be reset, if necessary, at a later date.

DATED: 1/30/06                    /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          United States Magistrate Judge

br55.vac.wpd